UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
----------------------------------------X
CHERYL ANN JONES,

                Plaintiff,      :      07 CV 5625

                                            **AFFIDAVIT OF SERVICE**

              - against -

THE CITY OF NEW YORK, POLICE
OFFICER JOHN DOE #1 (Tax Registry No.
930380), POLICE OFFICER JOHN DOE #2,
POLICE OFFICER JANE DOE

                Defendants.
----------------------------------------X

STATE OF NEW YORK:
COUNTY OF NEW YORK  ss:

**Jessica Stone** being duly sworn deposes and says Deponent is not a party to this action, over the age of eighteen years and resides in the State of New York.

That on June 14, 2007 at approximately 4:25 pm at

**LOCATION OF SERVICE**

The City of New York
100 Church Street, 4th Floor
New York, NY 10007

Deponent served the within Subpoena on Community Board 8 by personally delivering and handing thereat a true copy of each to _Madelyn Santana_, a person of suitable age and discretion. Description: Age: _30_, Sex: _F_, Race: _H_, Hgt: _5'2"_, Wgt: _130_, Hair: _Brown_, Glasses: _no_.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on June 14, 2007, City and State of New York.

_Jessica Stone_ (signature)
Jessica Stone

                                    Sworn to me on _6/15/07_

                                    Notary Public _(signature)_

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES _3/11/10_