UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
CHERYL ANN JONES,

                 :        07 CV 5625

         **Plaintiff,**

                 :        **AFFIDAVIT OF SERVICE**

                 :

         - against -

                 :

THE CITY OF NEW YORK, POLICE
OFFICER JOHN DOE #1 (Tax Registry No.    :
930380), POLICE OFFICER JOHN DOE #2,
POLICE OFFICER JANE DOE             :

         **Defendants.**

                 :
- - - - - - - - - - - - - - - - - - - - - - - - - - - - - -X
STATE OF NEW YORK:
COUNTY OF NEW YORK     ss:

<u>Patricia G. Birch</u> being duly sworn says: I am not a party to this action, am over the age of eighteen years and resides in the State of New York.

That on September 12, 2007 at approximately _2:30_ pm at

**LOCATION OF SERVICE**

P.O. Robert O'Brien
Sgt. Dwight Smith
Detective Ebony Huntley
1 Police Plaza
Narcotics Division
New York, NY

I served the within Summons and Complaint by personally delivering and handing thereat a true copy of each to _Gandhi_, a person of suitable age and discretion. Description: Age: _55_, Sex: _M_, Race: _S. Asian_ Hgt: _5'6"_, Wgt: _170_, Hair: _Block_, Glasses: _N_.

I declare under penalty of perjury that the information contained herein is true and correct and this affidavit was executed on September 12, 2007, City and State of New York.

_[signature]_
Patricia G. Birch

Sworn to me on _September 14/2007_

Notary Public _[signature]_

CARMEN S. GIORDANO
NOTARY PUBLIC, STATE OF NEW YORK
NO. 02GI6071065
QUALIFIED IN NEW YORK COUNTY
COMMISSION EXPIRES  3/11/10